IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ISRAEL GARCIA, JR.<br><br>    Plaintiff,<br><br>vs.<br><br>GINNY'S INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>: Case No. 3:15-cv-2140-M-BF<br>:<br>:<br>:<br>:<br>: |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Israel Garcia, Jr. and Defendant Ginny's Inc. (collectively, the "Parties") notify the Court they have reached a settlement regarding the claims asserted in the above-numbered cause.

A proposed dismissal order will be forthcoming once the parties consummate the terms of the settlement agreement.

|  |  |
|---|---|
|  | REED SMITH LLP |
| By: */s/ Israel Garcia, Jr.*<br>    Israel Garcia, Jr.<br>    115 Evening Star Circle<br>    Red Oak, TX 75154<br>    Tel: 972.816.6374<br>    igarcia75115@yahoo.com<br><br>*Pro se Plaintiff* | By: */s/ Michael H. Bernick*<br>    Michael H. Bernick<br>    State Bar No. 24078227<br>    mbernick@reedsmith.com<br>    Federal ID No. 1439062<br>    811 Main Street, Suite 1700<br>    Houston, Texas  77002-6110<br>    Telephone:  713.469.3800<br><br>*Attorney for Defendant*<br>*Ginny's Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon Plaintiff via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure on this 23rd day of July, 2015.

By: /s/ *Michael H. Bernick*
Michael H. Bernick