IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISRAEL GARCIA, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 3:15-CV-02140-M-BF |
| | § | |
| GINNY'S INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Stipulation of Dismissal of Plaintiff Israel Garcia, Jr. and Defendant Ginny's Inc. (Docket 17).

It is **ORDERED** that Plaintiff's claims and causes of action against Defendant Ginny's Inc. are **DISMISSED** with prejudice.

It is further **ORDERED** that all costs of Court are taxed against the party incurring same. All relief not expressly granted herein is **DENIED**.

SIGNED August 12, 2015.
.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**